■ In the Matter of EMMANUEL PATTERSON, Respondent, v ANDREA W. EVANS, Chairwoman, New York State Division of Pa-

role, et al., Appellants. [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.